```
                    U.S. DISTRICT COURT
                  NORTHERN DISTRICT OF TEXAS
                           FILED
                        JUN - 6 2006
                  CLERK, U.S. DISTRICT COURT
                    By _____
                           Deputy
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CALVIN DOUGLAS MASSEY, | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | § NO. 4:05-CV-712-A |
| | § |
| DOUGLAS DRETKE, DIRECTOR, | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE, CORRECTIONAL | § |
| INSTITUTIONS DIVISION, | § |
| | § |
| Respondent. | § |

ORDER

Came on for consideration the above-captioned action wherein Calvin Douglas Massey is petitioner and Douglas Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On May 15, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by June 5, 2006. Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

The court ORDERS that the petition be, and is hereby, denied.

SIGNED June 6, 2006.

_____
JOHN McBRYDE
United States District Judge